# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANDRÉ JOHNSON, | No. CV 17-7439-RSWL (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DAVID BAUGHMAN, Warden, | |
| Respondent. | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: 1/8/2018

s/ RONALD S.W. LEW
HONORABLE RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE